UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| MATTHEW LESHINSKY,<br><br>    Plaintiff,<br><br>v.<br><br>UTAH OFFICE RECOVERY SERVICES, et al.<br><br>    Defendants. | **REPORT AND RECOMMENDATION TO DENY MOTION TO PROCEED *IN FORMA PAUPERIS* (DOC. NO. 1)**<br><br>Case No. 2:23-cv-00534<br><br>District Judge Tena Campbell<br><br>Magistrate Judge Daphne A. Oberg |

Before the court is Plaintiff Matthew Leshinsky's Motion to Proceed *In Forma Pauperis* (without paying fees).[1] Under 28 U.S.C. § 1915, a federal court may authorize commencement of an action without prepayment of fees by a person who is unable to pay such fees.[2] To proceed *in forma pauperis* under section 1915, Mr. Leshinsky must show a financial inability to pay the required filing fee.[3]

Because Mr. Leshinsky selected the box indicating he is "represented by a lawyer from a legal aid organization,"[4] he left the remainder of the "in forma pauperis" form blank, as instructed.[5] However, the docket indicates Mr. Leshinsky is proceeding pro se and a review of the complaint

---

[1] ("Mot.," Doc. No. 1.)

[2] 28 U.S.C. § 1915(a)(1).

[3] *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005).

[4] (Mot. 1, Doc. No. 1.)

[5] (*Id.* (stating "If you answered 'yes' to any of the questions above, please skip to the bottom of the motion, sign and date it, and then submit the motion to the court for review.").)

1

indicates Mr. Leshinsky is not represented by an attorney in this case. For these reasons, the court issued an order to supplement, noting Mr. Leshinsky's motion is deficient.[6] The court instructed Mr. Leshinsky to supplement his motion by filling out the entirety of the "in forma pauperis" form motion, and warned him that failure to do so could result in the motion being denied.[7] Mr. Leshinsky did not supplement his motion within the deadline in the court's order, or anytime thereafter. Because Mr. Leshinsky did not correct the deficiencies, he has failed to show financial inability to pay the filing fee.

Accordingly, the undersigned RECOMMENDS[8] the district judge DENY the motion.[9] The undersigned further RECOMMENDS Mr. Leshinsky be given thirty days in which to pay the filing fee. The court will send copies of this Report and Recommendation to Mr. Leshinsky, who the court notifies of his right to object to it.[10] Mr. Leshinsky must file any objection to this

---

[6] (Order to Suppl. Mot. to Proceed *In Forma Pauperis*, Doc. No. 4.)

[7] (*Id.* at 2.)

[8] IFP status is generally denied through a report and recommendation issued by a magistrate judge. *See, e.g.*, *Johnson v. Hertz Corp.*, No. 22-6092, 2022 U.S. App. LEXIS 29345, at *2 (10th Cir. Oct. 21, 2022) (unpublished) (affirming IFP denial based on a magistrate judge's report and recommendation adopted by the district court).

[9] (Doc. No. 1.)

[10] *See* 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b).

Report and Recommendation within fourteen days.  Failure to object may constitute waiver of objections upon subsequent review.

DATED this 2nd day of October, 2023.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge