IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MATTHEW LESHINSKY, <br><br> Plaintiff, <br><br> v. <br><br> UTAH OFFICE RECOVERY SERVICES, et al., <br><br> Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY MOTION TO PROCEED IN FORMA PAUPERIS** <br><br> Case No. 2:23-cv-00534-TC-DAO <br><br> District Judge Tena Campbell <br> Magistrate Judge Daphne A. Oberg |

On October 2, 2023, United States Magistrate Judge Daphne A. Oberg issued a Report & Recommendation (R&R, ECF No. 6) recommending that the court deny Plaintiff Matthew Leshinsky's motion to proceed in forma pauperis (without paying fees) and give Mr. Leshinsky 30 days to pay the filing fee (ECF No. 1).  Mr. Leshinsky had fourteen days to file objections to the R&R.  28 U.S.C. § 636(b)(1)(C).

More than 14 days have passed, and Mr. Leshinsky has not filed objections.  The court therefore reviewed the R&R for clear error.  Fed. R. Civ. P. 72 Advisory Committee Notes 1983 Addition Subdivision (b).  Finding no clear error, the court adopts Judge Oberg's R&R in its entirety and denies Mr. Leshinsky's motion.

## ORDER

The court ADOPTS the R&R (ECF No. 6) and DENIES Mr. Leshinsky's motion to proceed in forma pauperis (ECF No. 1).  The court gives Mr. Leshinsky thirty days to pay the filing fee, or the court will dismiss this case without prejudice.

1

DATED this 20th day of October, 2023.

BY THE COURT:

_____
TENA CAMPBELL
U.S. District Court Judge